UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PARAMJIT SINGH JATHOUL,<br><br>        Plaintiff,<br><br>    v.<br><br>UR JADDOU, *et al.*,<br><br>        Defendants. | Case No. 1:24-cv-00262-EPG<br><br>ORDER GRANTING STIPULATION TO HOLD MATTER IN TEMPORARY ABEYANCE<br><br>(ECF No. 9). |

      On May 17, 2024, the parties filed a stipulation for a temporary abeyance of this case. (ECF No. 9). The stipulation provides as follows:

> In this case, Plaintiff alleges that U.S. Citizenship and Immigration Services ("USCIS") has unreasonably delayed scheduling an interview on his pending asylum application, which he filed in 2016. USCIS has scheduled Plaintiff's asylum interview for October 16, 2024. The parties anticipate that this lawsuit will be rendered moot once USCIS completes its adjudication of Plaintiff's application, and USCIS will endeavor to do so within 120 days. If USCIS needs to reschedule Plaintiff's interview, it will endeavor to do so within four weeks.

(*Id.* at 1). The parties request that "this matter be held in temporary abeyance through February 13, 2025" and that "all other filing and case management deadlines be similarly vacated." (*Id.* at 2).

//

1

Based on the parties' stipulation, IT IS ORDERED that:

1. This matter be held in abeyance through February 13, 2025.
2. All dates and deadlines are hereby vacated, including the deadline for Defendants to file a responsive pleading and the scheduling conference currently set for June 11, 2024, to be reset if necessary.
3. Further, the parties shall file a joint report regarding the status of this case by no later than February 13, 2025.

IT IS SO ORDERED.

Dated:  **May 20, 2024**            /s/ Erica P. Grosjean
                                     UNITED STATES MAGISTRATE JUDGE