UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PARAMJIT SINGH JATHOUL,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>JADDOU, *et al.*,<br><br>　　　　Defendants. | Case No. 1:24-cv-00262-EPG<br><br>ORDER RE: STIPULATION FOR DISMISSAL OF ACTION WITHOUT PREJUDICE AND DIRECTING THE CLERK OF COURT TO CLOSE THE CASE<br><br>(ECF No. 11). |

　　　　On November 15, 2024, Plaintiff Paramjit Singh Jathoul and Defendants Ur Jaddou and USCIS filed a joint stipulation dismissing this action without prejudice, with each party to bear its own costs and fees. (ECF No. 11). In light of the parties' stipulation, this action has been terminated, Fed. R. Civ. P. 41(a)(1)(A)(ii), and has been dismissed without prejudice, with each party to bear its own costs and fees. Accordingly, the Clerk of Court is directed to close this case. IT IS SO ORDERED.

Dated:　**November 18, 2024**　　　　　　　/s/ *Erica P. Grosjean*
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1